[No. 42657-9-II. Division Two. April 16, 2013.]

GAIL DAVERN, *Respondent*, v. TIM LIDDIARD ET AL., *Appellants*.

The unpublished opinion in this case was *withdrawn* by order of the Court of Appeals dated June 13, 2013. Substitute opinion filed. See 175 Wn. App. 1020.

[No. 43080-1-II. Division Two. April 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. A.C.S., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-8-00041-2, Daniel Stahnke, J., entered February 10, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 43278-1-II. Division Two. April 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. QUISHANA NICOLE BLUNT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00116-2, M. Karlynn Haberly, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Bjorgen, JJ.

[No. 29710-1-III. Division Three. April 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL CAMERON CONDON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-00544-9, David A. Elofson, J., entered February 11, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Siddoway, A.C.J., concurred in by Sweeney and Kulik, JJ.